**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian E Gaytan, | No. CV-18-00358-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| WF CRD SVC, | |
| Defendant. | |

On August 30, 2018, the Court's Order (Doc. 11) sent from the Clerk of Court to Plaintiff was returned to the Court as undeliverable (Doc. 13). The returned envelope is marked "Return to Sender/Attempted-Not Known/Unable to Forward." (*Id.*). The Court previously warned Plaintiff that the failure to file a notice of change of address may result in the dismissal of this action. (Doc. 8 at 4). Therefore,

**IT IS ORDERED** that by **October 27, 2018**, Plaintiff shall either (i) file a notice of change of address with the Court or (ii) show cause why this action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with the Court's Order and to prosecute this case.

Dated this 25th day of September, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge