# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Julian E. Gaytan,

    Plaintiff,

v.

WF CRD SVC,

    Defendant.

No. CV-18-00358-PHX-SRB

**ORDER**

    Plaintiff, Julian E. Gaytan, filed his Amended Complaint on August 20, 2018. On September 25, 2018 the Court issued an Order for Plaintiff to show cause no later than October 27, 2018 why this action should not be dismissed without prejudice for failure to comply with the Court's Order and to prosecute this case. The Court's Order was returned by the Post Office with the notation "Attempted – Not Known/Unable to Forward." Plaintiff has not responded to the Court's September 25, 2018 Order.

    The Magistrate Judge filed her Report and Recommendation on November 5, 2018 recommending that the Amended Complaint be dismissed without prejudice for failure to comply with Court Orders and to prosecute pursuant to Rule 41(b), Fed. R. Civ. P.

    In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1  **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court (Doc. 16).

**IT IS FURTHER ORDERED** dismissing this case without prejudice.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 21st day of November, 2018.

_____
Susan R. Bolton
United States District Judge